DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

BANDY BERNARD PEOPLES,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-3212

_____

March 18, 2026

Appeal pursuant to Fla. R. App. P. 9.141 (b)(2) from the Circuit Court for Hillsborough County, Michelle Sisco, Judge.

Bandy Bernard Peoples, pro se.


PER CURIAM.

    Affirmed.


LUCAS, C.J., and SILBERMAN and LABRIT, JJ., Concur.

_____

Opinion subject to revision prior to official publication.